# United States Court of Appeals for the Federal Circuit

---

**WILLIAM D. SLONE,
(ALSO KNOWN AS WILLIAM D. SLOAN),**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2013-5128

---

Appeal from the United States Court of Federal Claims in No. 13-CV-0424, Judge Charles F. Lettow.

---

**ON MOTION**

---

**O R D E R**

The United States moves for leave to file an amended certificate of service and for an extension of time for the appellant to file a reply brief.

Mr. Slone moves for relief of judgment. The United States moves for an extension of time to file a response to the motion for relief of judgment. Arguments concerning the merits of the case should be in the briefs.

Upon consideration thereof,

2                  SLONE v. US

IT IS ORDERED THAT:

(1) The United States' motions for leave to file an amended certificate of service is granted. The motion for an extension of time for Mr. Slone to file a reply brief is moot.

(2) Mr. Slone's motion for relief of judgment is denied without prejudice. The United States' motion for an extension of time to file a response is granted.

FOR THE COURT

/s/   Daniel E. O'Toole
Daniel E. O'Toole
Clerk

s21